UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DALAWRENCE RAINES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-176 |
| | § | |
| WILLIAM STEPHENS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## OPINION AND ORDER OF TRANSFER

This is a civil rights action filed by a Texas state prisoner. Plaintiff Dalawrence Raines is currently assigned to TDCJ's McConnell Unit in Beeville, Texas. In his complaint, plaintiff seeks monetary damages against an Allred Unit Dentist, Dr. Boston, for placing a filling in a tooth against his express directions, and unspecified injunctive relief against TDCJ-CID Director William Stephens (D.E. 1).

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

In this case, the events about which plaintiff complains occurred in Wichita County, Texas, and Defendant Boston is located there (D.E. 1). Wichita County lies

1 / 2

within the Wichita Falls Division of the Northern District of Texas. 28 U.S.C. § 124(a)(6). The interests of justice would be served by a transfer to the Wichita Falls Division of the Northern District of Texas.

Accordingly, it is ordered that this case be transferred to the United States District Court for the Northern District of Texas, Wichita Falls Division. All pending motions are denied without prejudice but subject to renewal after the case is transferred.

ORDERED this 27th day of May, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE